UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE NO. C-10-1110 |
| | § | |
| CIRILO AGUILAR-GUERRERO | § | |

## ORDER OF DETENTION PENDING TRIAL

The defendant appeared in open court with counsel and waived the right, without prejudice, to a detention hearing pursuant to Bail Reform Act, 18 U.S.C. § 3142(f). Accordingly, the defendant is ordered detained without bond pending trial.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 2nd day of November, 2010.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE